IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| QUALITY LEASING CO., INC., )<br>)<br>) Case No.<br>Plaintiff, )<br>) Removed from:<br>vs. )<br>) In the Marion Superior Court,<br>FORDE TRUCKING INC., CALVERT ) County of Marion, Indiana<br>FORDE, and CITIZENS BANK, )<br>NATIONAL ASSOCIATION, ) Case No. 49D01-2202-CC-004945<br>)<br>Defendants. )<br>) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332 and 1446, Defendant Citizens Bank, N.A. ("Citizens") hereby removes the above-entitled action from the Superior Court of Marion County, Indiana to the United States District Court for the Southern District of Indiana on the following grounds:

## PARTIES AND FACTUAL ALLEGATIONS

1. On February 15, 2022, Plaintiff Quality Leasing Co., Inc. ("Plaintiff") filed a Complaint against Citizens, among others, in the Marion Superior Court, County of Marion, Indiana, entitled *Quality Leasing, Co., Inc. v. Forde Trucking, Inc., Calvert Forde, and Citizens Bank, National Association*, Case No. 49D01-2202-CC-004945 ("Complaint") (hereinafter "State Court Action"). A true and correct copy of the Complaint is attached hereto as Exhibit A. The case involves an alleged breach of a Master Lease Agreement entered into between Plaintiff and Defendant Forde Trucking, Inc. (Ex. A, ¶ 6, Exs.1 and 2.)

2. On March 1, 2022, Citizens was served with a copy of the Summons and Complaint by certified mail.

3. Plaintiff is a corporation organized and existing under the laws of the State of Indiana with its principal office address located in Carmel, Indiana. (Ex. A, ¶ 1.)

4. Citizens is a wholly owned subsidiary of Citizens Financial Group, Inc. which is organized under the laws of the State of Delaware with its principal place of business located in Providence, Rhode Island. Citizens' principal office is also located in Providence, Rhode Island. As a result, Citizens is a citizen of Rhode Island for purposes of diversity jurisdiction.

5. Defendant Forde Trucking is a corporation existing under the laws of the State of North Carolina with is principal office located in Huntersville, North Carolina. (Ex. A, ¶ 2.) As a result, Forde Trucking is a citizen of North Carolina for purposes of diversity jurisdiction.

6. Defendant Calvert Forde is an individual and resides in the State of North Carolina. (Ex. A, ¶ 3.) As a result, Mr. Forde is a citizen of North Carolina for purposes of diversity jurisdiction.

7. Count I of the Complaint alleges Breach of Lease against Forde Trucking, and seeks a judgment against Forde Trucking of $95,596.80 plus interest, late fees, attorney's fees, and expenses. (Ex. A, p. 5.)

8. Count II alleges Breach of Guaranty against Calvert Forde, and seeks a judgment "to be joint and several with the judgment entered on Count I," or $95,596.80 plus interest, late fees, attorney's fees, and expenses. (Ex. A, p. 6.)

9. Count III alleges Criminal Conversion and Theft against Forde Trucking, and seeks a judgment against Forde Trucking in a sum not less than $181,571 plus interest, attorney's fees, costs and expenses. (Ex. A, p. 7.)

10. Count IV alleges Replevin of Vehicles against Forde Trucking. (Ex. A, p. 7.)

11. Count V of the Complaint alleges Conversion against Citizens in the amount of not less than $45,392.75. (Ex. A, p. 9.)

### Complete Diversity Exists

12. Complete diversity exists in this case because Plaintiff is a citizen of Indiana, Defendants Forde Trucking and Calvert Forde are citizens of the State of North Carolina, and Citizens is a citizen of the State of Rhode Island.

### The Amount in Controversy Exceeds $75,000

13. As demonstrated above, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. 28 U.S.C.A. § 1332.

### Consent to Removal by Co-Defendants

14. As of the date of filing this Notice of Removal, and according to the on-line court docket in the State Court Action, co-defendants Forde Trucking, Inc. and Calvert Forde have not been served with the Complaint. Accordingly, Citizens is unable to obtain their consent to the filing of this Notice of Removal. 28 U.S.C.A. § 1446(b)(2)(A).

### REMOVAL TO THIS COURT IS TIMELY AND PROPER

15. Citizens was served with a copy of the Summons and Complaint on March 1, 2022.

16. This Notice of Removal is being filed within 30 days of service of the Complaint upon Citizens, and is therefore timely pursuant to 28 U.S.C. § 1446(b).

17. The United States District Court for the Southern District of Indiana is the federal judicial district embracing the Superior Court of Marion County, Indiana, where this suit was originally filed. Venue is therefore proper in this Court under 28 U.S.C. § 1441(a).

18. A copy of the written notice to Plaintiff and to the Clerk of the Superior Court of Marion County required by 28 U.S.C. § 1446(d) is attached as <u>Exhibit B</u>, and will be filed in the State Court Action and served on Plaintiff upon the filing of this Notice of Removal.

19. Pursuant to 28 U.S.C. § 1446(a), a complete copy of all process and pleadings filed in the State Court Action are attached hereto as <u>Exhibit C</u>.

20. Based on the above, the requirements of 28 U.S.C. § 1332(d) are satisfied, and thus Citizens asks this Court take jurisdiction of this action to its conclusion and to final judgment to the exclusion of any further proceedings in the state court in accordance with federal law. Citizens also requests that the removal of this case be entered on the docket of this Court and that the Court grant it other and further relief to which it may be legally and equitably entitled.

Date: March 23, 2022

Respectfully submitted,

CITIZENS BANK, N.A.

By: */s/ Courtney Nogar*
Courtney Nogar (6286974 IL)
BRYAN CAVE LEIGHTON PAISNER LLP
161 N. Clark Street, Suite 4300
Chicago, Illinois  60601
Telephone: (312) 602-5022
courtney.nogar@bclplaw.com

*Attorneys for Citizens Bank, N.A.*

**CERTIFICATE OF SERVICE**

    This certifies that on this 23rd day of March, 2022, the foregoing was served via Federal Express to the following:

Matthew T. Barr
James E. Rossow, Jr.
RUBIN & LEVIN, P.C.
135 N. Pennsylvania St. Suite 1400
Indianapolis, Indiana 46204
mbarr@rubin-levin.net
jim@rubin-levin.net

                                                 /s/ Courtney Nogar
                                                 Attorney for Citizens Bank, N.A.